# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

Duc Tan Nguyen                                              Case No. 18-11117-BFK

    Debtor.                                              Chapter 13

### ORDER CONFIRMING NO STAY IN EFFECT
### PURSUANT TO 11 U.S.C. § 362 (c)(4)(A)(ii)

This cause came upon the Motion to Confirm No Stay in Effect Pursuant to 11 U.S.C. § 362 (c)(4)(A)(ii) filed by Daimler Trust herein.

**UPON CONSIDERATION WHEREOF**, it appearing that two cases of the Debtor were pending within the previous year before the present case was filed but were dismissed, and for other good cause shown, it is

**ADJUDGED and ORDERED** that the automatic stay did not go into effect upon the filing of the present case.

ENTER: May 23 2018

/s/ Brian F. Kenney
Judge
Entered on Docket: May 23, 2018

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
Counsel for Movant

I ask for this:

  /s/ Sara A. John_____p.q.
Sara A. John, VSB #48425
M. Richard Epps, P.C.
Counsel for Daimler Trust

Certificate of Endorsement

      The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                                             /s/ Sara A. John
                                            Sara A. John____
                                            M. Richard Epps, P.C.

**PARTIES TO RECEIVE COPIES**

Sara A. John
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452

Thomas P. Gorman, Trustee
300 N. Washington St. Ste. 400
Alexandria, VA 22314

Duc Tan Nguyen
42414 Chamois Court
Sterling, VA 20166

Lois Ilaine Upton, Counsel to Debtor
7369 McWhorter Place Suite 412
Annandale, VA 22003