# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 18−11117−BFK
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Duc Tan Nguyen
42414 Chamois Court
Sterling, VA 20166

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−6079

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **September 27, 2018**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court

200 South Washington Street
Alexandria, VA 22314

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

Dated:   June 25, 2018

[B2040.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 18-11117-BFK
Duc Tan Nguyen                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: chandlerk          Page 1 of 2          Date Rcvd: Jun 25, 2018
                              Form ID: 2040            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
```
db         +Duc Tan Nguyen,    42414 Chamois Court,    Sterling, VA 20166-2239
cr         +County of Loudoun,    1 Harrison Street, SE (MSC #06),    Leesburg, VA 20175-3102
14308849   +AT&T Wireless,    PO Box 10330,    Fort Wayne, IN 46851-0330
14325529    Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14308854    First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104-0000
14308856   +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14308857   +McCabe Weisberg Conway,    312 Marshall Ave. #800,    Laurel, MD 20707-4808
14308862   +Porsche Financial Srvc,    1 Porsche Dr,    Atlanta, GA 30354-1654
14308863   +Surety Trustees LLC,    722 East Market St. # 203,    Leesburg, VA 20176-4475
14315896   +United Shore Financial Services, LLC d/b/a United,    c/o McCabe, Weisberg & Conway, LLC,
             312 Marshall Avenue, Suite 800,    Laurel, MD 20707-4808
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          EDI: BJMMEIBURGER.COM Jun 26 2018 06:33:00    Janet M. Meiburger,
             The Meiburger Law Firm, P.C.,    1493 Chain Bridge Road, Suite 201,    McLean, VA  22101-5726
cr         +EDI: AISACG.COM Jun 26 2018 06:33:00    Capital One Auto Finance, a division of Capital On,
             4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14308848   +E-mail/Text: cucollections@arlingtoncu.org Jun 26 2018 02:47:11    Arlington Community FCU,
             2130 N Glebe Rd,    Arlington, VA 22207-2219
14308850   +EDI: CAPITALONE.COM Jun 26 2018 06:33:00    Capital One,
             Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14308851    EDI: CAPONEAUTO.COM Jun 26 2018 06:33:00    Capital One Auto Finance,    P.O. Boxx 93016,
             Long Beach, CA 90809-3016
14316185   +EDI: AISACG.COM Jun 26 2018 06:33:00    Capital One Auto Finance, a division of Capital On,
             AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14308852   +EDI: RCSFNBMARIN.COM Jun 26 2018 06:33:00    Credit One Bank Na,    Po Box 98873,
             Las Vegas, NV 89193-8873
14308853   +EDI: DCI.COM Jun 26 2018 06:33:00    Diversified Consultant,    Dci,    Po Box 551268,
             Jacksonville, FL 32255-1268
14308855   +EDI: AMINFOFP.COM Jun 26 2018 06:33:00    First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
14308858   +EDI: DAIMLER.COM Jun 26 2018 06:33:00    Mercedes Benz Financia,    P.o. Box 961,
             Roanoke, TX 76262-0961
14308859   +EDI: DAIMLER.COM Jun 26 2018 06:33:00    Mercedes-Benz Financial,    Po Box 685,
             Roanole, TX 76262-0685
14308860   +E-mail/Text: ustpregion04.ax.ecf@usdoj.gov Jun 26 2018 02:46:34    Office of the U.S. Trustee,
             115 South Union St., Ste. 210,    Alexandria, VA 22314-3361
14318609    EDI: PRA.COM Jun 26 2018 06:33:00    Portfolio Recovery Associates, LLC,    POB 41067,
             Norfolk VA 23541
14391520   +EDI: AIS.COM Jun 26 2018 06:33:00    Verizon,    by American InfoSource LP as agent,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14308864    EDI: WFFC.COM Jun 26 2018 06:33:00    Wells Fargo Home Mortgage,    P.O. Box 10335,
             Des Moines, IA 50306-0335
                                                                                              TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Daimler Trust
cr              United Shore Financial Services, LLC d/b/a United
aty*            Janet M. Meiburger,    The Meiburger Law Firm, P.C.,    1493 Chain Bridge Road, Suite 201,
                 McLean, VA  22101-5726
cr*            +Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14308861      ##+Porsche Financial Srvc,    980 Hammond Dr,    Atlanta, GA 30328-8186
                                                                                 TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0422-9          User: chandlerk          Page 2 of 2               Date Rcvd: Jun 25, 2018
                              Form ID: 2040            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
          Amir  Raminpour    on behalf of Debtor Duc Tan Nguyen araminpour@swsrlaw.com,
           chris@swsrlaw.com;bcarpenter@swsrlaw.com
          Dinh H Ngo    on behalf of Creditor    United Shore Financial Services, LLC d/b/a United Wholesale
           Mortgage bankruptcyva@mwc-law.com
          Janet M. Meiburger     trustee@meiburgerlaw.com, VA41@ecfcbis.com
          Janet M. Meiburger     on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com,
           VA41@ecfcbis.com
          John P. Fitzgerald, III     ustpregion04.ax.ecf@usdoj.gov
          Lois Ilaine Upton    on behalf of Debtor Duc Tan Nguyen uptonbknotices@gmail.com,
           akmanbknotices@gmail.com;r42883@notify.bestcase.com;uptonlr72951@notify.bestcase.com
          Sara A. John    on behalf of Creditor    Daimler Trust sara_john@eppspc.com
          Steven F. Jackson    on behalf of Creditor    County of Loudoun Steve.Jackson@loudoun.gov,
           Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov
                                                                                             TOTAL: 8
```